**COLIN M. RUBICH**
**ZENO B. BAUCUS**
**TIMOTHY TATARKA**
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
E-mail: colin.rubich@usdoj.gov
zeno.baucus@usdoj.gov
timothy.tatarka@usdoj.gov

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**



FILED
JUN 21 2019
Clerk, U S District Court
District Of Montana
Billings





___FILED  ___RECEIVED
___ENTERED  ___SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 6 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

2:19-mj-552-VCF

| UNITED STATES OF AMERICA, | CR 19-86-BLG-SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE** (Count I)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |
| MARK LUCIANO, | |
| Defendant. | |
| | **POSSESSION WITH INTENT TO DISTRIBUTE COCAINE** (Count II)<br>Title 21 U.S.C. § 841(a)(1) and<br>Title 18 U.S.C. § 2<br>(Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |

1

|  | **TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That beginning in approximately January 2016, and continuing until on or about March 20, 2019, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, MARK LUCIANO, knowingly and unlawfully conspired and agreed with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

That beginning in approximately January 2016, and continuing until on or about March 20, 2019, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, MARK LUCIANO, knowingly possessed, with the intent to distribute, 500 grams or more of a substance containing a detectable amount of cocaine, a Schedule II controlled substance, and aided and

//
//
//

abetted the same, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1).

A TRUE BILL.                Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

*[signature]*
KURT G. ALME
United States Attorney

*[signature]*
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>MARK LUCIANO,<br><br>　　　　　　　　　　Defendant. | CR-19-86-BLG-SPW<br><br>**WARRANT FOR ARREST**<br><br>TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

　　　YOU ARE HEREBY COMMANDED to arrest MARK LUCIANO and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Conspiracy to Possess with Intent to Distribute Cocaine Possession with Intent to Distribute Cocaine and Aiding & Abetting in violation of Title 21 U.S.C. §§ 846, 841(a)(1) and Title 18 U.S.C. § 2.

Assigned to: Colin M. Rubich, AUSA, Zeno B. Baucus, AUSA and Timothy Tatarka, AUSA

_____
Judith Rhoades, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 21st day of June, 2019

| RETURN | |
|---|---|
| **DATE RECEIVED:** | **LOCATION:** |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| **DATE OF ARREST:** | *Rod Ostermiller*<br>**UNITED STATES MARSHAL** |
| **LOCATION:** | |
| **BY:**　　　　　　　　　　　　　　　　**Deputy U.S. Marshal** | |